IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| WILLIE RAYMOND MASON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CV 106-162 |
| | ) | |
| GARY WARRENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed.[1] Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Therefore, Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief can be granted, and this civil action shall be **CLOSED**.

SO ORDERED this 15 day of March, 2007.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that Plaintiff's objections were filed in the form of a letter, in which Plaintiff complains that he needs an attorney to pursue his case and that Defendants are continuing to ignore his medical needs. (Doc. no. 11). Although the Magistrate Judge warned Plaintiff in the January 22, 2007 Order denying Plaintiff's first request for the appointment of counsel that filing a letter with the Court is improper (doc. no. 10), in the abundance of caution and in the interest of justice, the Court construes Plaintiff's letter as his objections to the Report and Recommendation.